## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGER SINCLAIR WRIGHT,<br><br>             Plaintiff,<br><br>     v.<br><br>CHRISTOPHER GREGORIO,<br><br>             Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C14-592 MJP |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the case is dismissed without prejudice for failure to prosecute.

Dated July 9, 2015.

                                              William M. McCool
                                              Clerk of Court

                                              s/Rhonda Stiles
                                              Deputy Clerk